```
DENIS J. McINERNEY
Chief
KATHLEEN McGOVERN
CHARLES G. LA BELLA
Deputy Chiefs
THOMAS B.W. HALL
MARY ANN McCARTHY
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 598-2240
```

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-300-PMP-PAL |
| Plaintiff, | ) | |
| vs. | ) | |
| DARRYL SCOTT NICHOLS, | ) | |
| Defendant. | ) | |

**COMES NOW,** the United States of America, by and through Mary Ann McCarthy, Trial Attorney, U.S. Department of Justice, Criminal Division, Fraud Section, and hereby advises the Court of my withdrawal as an attorney for the United States in the above-captioned case. Please make all necessary changes to the Court's case management/electronic case filing system to ensure my name is removed from the attorneys to be noticed.

**DATED** this 15th day of February, 2013.

IT IS SO ORDERED this
29th day of March, 2013.

*/s/ Peggy A. Leen*
Peggy A. Leen
U.S. Magistrate Judge

DENIS J. McINERNEY
Chief
United States Department of Justice
Criminal Division, Fraud Section

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*/s/ Mary Ann McCarthy*
MARY ANN McCARTHY
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section

**CERTIFICATION OF SERVICE**

I hereby certify that on February 15, 2013, a true and correct copy of the foregoing has been furnished electronically to all counsel of record.

*/s/ Mary Ann McCarthy*
MARY ANN McCARTHY
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section