1
2
3
4
5                           **UNITED STATES DISTRICT COURT**
6                               **DISTRICT OF NEVADA**
7                                      * * *
8   UNITED STATES OF AMERICA,        )
9              Plaintiff,            )
10  vs.                              )        2:11-cr-300-PMP-PAL
                                     )
11  DARRYL SCOTT NICHOLS,            )
12             Defendant.            )            **ORDER**
    _____)
13

14          On April 4, 2013,  the Court granted James A. Oronoz, Esq.'s sealed "Motion for

15  Leave to Withdraw as Counsel for Darryl Scott Nichols" (#28) and ordered new counsel

16  appointed.  Therefore;

17          IT IS HEREBY ORDERED that G. Oliver Melgar, Esq.  is appointed as counsel for

18  Darryl Scott Nichols in place of  James A. Oronoz, Esq. for all future proceedings.

19          IT IS FURTHER ORDERED that Mr. Oronoz shall forward the file to Mr. Melgar

20  forthwith.

21          DATED  this _____9th_____ day of April, 2013.

22
            Nunc Pro Tunc: April 9, 2013.
23

24
                                        _____
25                                      PHILIP M. PRO
                                        United States District Judge
26
27
28